UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ERICK NURQUEZ,

    Plaintiff,

v.                                                                     Case No: 8:22-cv-1431-CEH-AEP

UNITED STATES OF AMERICA,

    Defendant.
_____/

## ORDER

This cause comes before the Court upon the Report and Recommendation filed by Magistrate Judge Anthony E. Porcelli on June 28, 2022 (Doc. 5). In the Report and Recommendation, Magistrate Judge Porcelli recommends that 1. Plaintiff's Application to Proceed in District Court without Prepaying Fees or Costs (Doc. 2) be denied; and 2. Plaintiff be directed to pay the filing fee to continue this action within 21 days of the order on the motion, and Plaintiff be advised that the failure to timely pay the filing fee may result in dismissal of this matter without further notice. Further, the Magistrate recommends that if Plaintiff submits an amended request that supports a finding of indigency, the Court could consider such a request at that time. Plaintiff was provided a copy of the Report and Recommendation and afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). No such objections were filed.

Upon consideration of the Report and Recommendation, and upon this Court's independent examination of the file, it is determined that the Report and Recommendation should be adopted. Accordingly, it is now

**ORDERED AND ADJUDGED**:

(1) The Report and Recommendation of the Magistrate Judge (Doc. 5) is adopted, confirmed, and approved in all respects and is made a part of this Order for all purposes, including appellate review.

(2) Plaintiff's Application to Proceed in District Court without Prepaying Fees or Costs (Doc. 2) is DENIED.

(3) To continue this action, Plaintiff is directed to pay the filing fee within 21 days of this Order.

(4) Plaintiff is further advised that the failure to timely pay the filing fee may result in dismissal of this matter without further notice. *See, generally*, M.D. Fla. R. 3.10(a). If Plaintiff submits an amended request that supports a finding of indigency, the Court could consider such a request at that time.

**DONE AND ORDERED** at Tampa, Florida on July 18, 2022.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

Copies to:
The Honorable Anthony E. Porcelli
Counsel of Record